**Ensign, Drew C (CIV)**

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Monday, March 17, 2025 6:47 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:25-cv-00766-JEB J.G.G. et al v. TRUMP et al Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 3/17/2025 at 6:47 PM and filed on 3/17/2025

**Case Name:** J.G.G. et al v. TRUMP et al
**Case Number:** [1:25-cv-00766-JEB](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER: As discussed in today's hearing, the Court ORDERS that by 12:00 p.m. on March 18, 2025, the Government shall file a Notice, which may, if necessary, be sealed in part, setting forth: 1) A sworn declaration that no one on any flight departing the United States after 7:25 p.m. on March 15, 2025, was removed solely on the basis of the Proclamation at issue; 2) A sworn declaration setting forth when the Proclamation at issue was signed, when it was made public, and when it went into effect; 3) The Government's best estimate of the number of individuals subject to the Proclamation currently remaining in the United States and how many are currently in U.S. custody; and 4) The Government's position on whether, and in what form, it will provide answers to the Court's questions regarding the particulars of the flights. Such form could include *in camera* review or in a classified setting. If the Government takes the position that it will not provide that information to the Court under any circumstances, it must support such position, including with classified authorities if necessary. So ORDERED by Chief Judge James E. Boasberg on 3/17/2025. (lcjeb1)**

**1:25-cv-00766-JEB Notice has been electronically mailed to:**

Arthur B. Spitzer    aspitzer@acludc.org, 3598778420@filings.docketbird.com,

4094714420@filings.docketbird.com, ECFnoticesbackup@gmail.com, artspitzer@gmail.com

Lee Gelernt    lgelernt@aclu.org, lee-gelernt-6966@ecf.pacerpro.com

Scott Michelman    smichelman@acludc.org, aadetoro@acludc.org

Drew C Ensign    drew.c.ensign@usdoj.gov, ACL@azag.gov

August Edward Flentje    august.flentje@usdoj.gov

Skye Perryman    sperryman@democracyforward.org, ecf@democracyforward.org

Bradley Girard    bgirard@democracyforward.org

Christina Greer    christina.p.greer@usdoj.gov

Daniel Antonio Galindo    dgalindo@aclu.org, daniel-galindo-7083@ecf.pacerpro.com

Somil Trivedi    strivedi@democracyforward.org

Abhishek Kambli    abhishek.kambli@usdoj.gov

**1:25-cv-00766-JEB Notice will be delivered by other means to::**