**No. 25-5067**                                      **September Term, 2024**

1:25-cv-00766-JEB

**Filed On:** March 19, 2025

J.G.G., et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

-----------------------------

Consolidated with 25-5068

    **BEFORE:**    Henderson, Millett, and Walker, Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that these consolidated cases be scheduled for oral argument on Monday, March 24, 2025, at 1:30 p.m. before Circuit Judges Henderson, Millett, and Walker. It is

    **FURTHER ORDERED** that following times be allotted for oral argument:

        Appellants    -    30 Minutes

        Appellees    -    30 Minutes

One counsel per side to argue. Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by March 20, 2025.

                **Per Curiam**

                          **FOR THE COURT:**
                          Clifton B. Cislak, Clerk

                BY:    /s/
                          Michael C. McGrail
                          Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)