

U.S. Department of Justice

Civil Division

Telephone: 202-514-3309

Washington, DC 20530

March 24, 2025

Clifton Cislak
Clerk of the Court
United States Court of Appeals
   for the District of Columbia Circuit
333 Constitution Ave, N.W,
Washington, D.C. 20001

      Re:   *J.G.G. et al. v. Trump et al.*
              Nos. 25-5067, 25-5068

Dear Mr. Cislak:

      Pursuant to Rule 28(j), Defendant-Appellants (the Government) provide notice that the district court issued an order and supporting opinion denying the Government's motion to dissolve the TRO this morning. Copies of the order and opinion are attached.[1]

Respectfully submitted,

/s/ Drew C. Ensign
DREW C. ENSIGN
Deputy Assistant Attorney General

---

[1] The Government reserves the right to respond to the reasoning of that order by separate filing. But given that the oral argument previously scheduled by this Court is rapidly approaching, the Government wished to provide notice now.