# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **J.G.G.**, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>        Defendants. | Civil Action No. 25-766 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' [26] Motion to Vacate is DENIED; and

2. If Plaintiffs wish to convert the Temporary Restraining Order into a preliminary injunction, they shall so inform the Court by March 26, 2025.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date:  March 24, 2025

1