# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** J.G.G., et al.,
_____

**v.**

Trump, et al.      **Case No:** 25-05067
_____      _____

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ● Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

J.G.G.                                    J.A.V
_____                   _____

G.F.F.
_____                   _____

J.G.O.
_____                   _____

W.G.H.
_____                   _____

### Counsel Information

Lead Counsel: [not lead counsel in this case]
_____

Direct Phone: ( ____ ) _____ Fax: ( ____ ) ____-____    Email: _____

2nd Counsel: Cecillia Wang
_____

Direct Phone: ( 415 ) 343-0775 Fax: ( ____ ) ____-____    Email: cwang@aclu.org

3rd Counsel:
_____

Direct Phone: ( ____ ) ____-____ Fax: ( ____ ) ____-____    Email: _____

Firm Name: American Civil Liberties Union Foundation
_____

Firm Address: 425 California Street, Suite 700 San Francisco, CA 94104
_____

Firm Phone: ( 212 ) 549-2500 Fax: ( ____ ) ____-____    Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)