| | |
|---|---|
| **No. 25-5067** | **September Term, 2024** |
| | 1:25-cv-00766-JEB |
| | Filed On: June 24, 2025 [2122173] |

J.G.G., et al.,

    Appellees

    v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

    Appellants

------------------------------

Consolidated with 25-5068

    **BEFORE:** Henderson, Millett, and Walker, Circuit Judges

## O R D E R

Upon consideration of the motion of movant Paul Andrew Mitchell for leave to intervene and transfer to cure want of jurisdiction; the joint motion to govern further proceedings; and appellants' unopposed motion for voluntary dismissal, it is

**ORDERED** that the motion for leave to intervene and transfer be denied. It is

**FURTHER ORDERED** that the motion for voluntary dismissal is granted and these cases are hereby dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk